Entered on Docket
April 06, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed April 6, 2018

*M. Elaine Hammond*

M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re

Lilia Chavez,

                Debtor.

Case No. 18-50483 MEH

Chapter 13

Date: April 6, 2018
Time: 10:00 a.m.
Ctrm: 3020

## ORDER DENYING MOTION TO EXTEND STAY

Debtor in the above-captioned case filed a motion to extend the automatic stay on March 22, 2018 (the "Motion") (Dkt. #11). Creditor Civic Holdings I Trust filed an opposition and the matter came on for hearing on April 6, 2018. Appearances were as noted on the record. For the reasons stated on the record, the Motion is hereby

DENIED.

**END OF ORDER**

**COURT SERVICE LIST**

**Via ECF:**

All ECF Recipients