Form NDC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Lilia Chavez | Case No.: 18–50483 MEH 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order Extending Deadline , filed on March 22, 2018 . Therefore, it is ordered that this case be **dismissed**.

Dated: 4/12/18

By the Court:

M. Elaine Hammond
United States Bankruptcy Judge